

FILED

JAN 14 2021

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# United States Bankruptcy Court

CENTRAL District Of CALIFORNIA

In re    ADRIAN MOON ,

Debtor,    ADRIAN    MOON ,

Plaintiff,

VS.

JUANITA GARBUTT-BRADLEY,
RHONA SLUSHER; YLRIC E.J USHER;
GLENN A. SESSION; C. EDWARD
SIMPSON; JILL BOODIE; JOHN
BOODIE, JR.; CLAUDETTE LOTT;
ANTHONY TAM; RUDOLPH DIAZ;
PATRICIA A. NIETO. SCOTT KOSNER;
CAROLYN MAKUPSON; TIMOTHY
WIENER; CASSIDY B. COLLINS;
FEASIA DAVENPORT; ROYE
RANDALL; MARY ANN MURPHY;
JOHN MARSHALL, JR. ELWOOD
LUI; BRIAN A. CURREY; LOUIS
MILLER; DON SLAYTON; WILLIAM
LITTLE; LEROY BACA; JOANNIE
MURRAY; JOYCE MAXINE ISAACS;
DANIEL YOURIST; BRIAN YOURIST;
KIETH ROUSE; RUSSELL RAPOPORT;
NANCY CURRY; RICHARD DIAMOND;
KATHRYN BARGER-LIEBRICH;
MARK RIGLEY-THOMAS; PETER
ROSENTHAL; CAMERON KESSINGER;
LOUISE WILSON; KEVIN WELCH; JEFF
Atkins, ALL BEING SUED AS INDIVIDUALS AND
IN THEIR OFFICIAL CAPACITY
DEFENDANTS,

Case No. 2-20-bk-20573-VZ

Chapter 7

Adv. Proc. No.

"GRAND JURY TRIAL DEMANDED"

COMPLAINT FOR
INJUNCTIVE RELIEF
RECOVERY OF MONEY
AND STOLEN PROPERTY
DISCHARGEABILITY
DECLARATORY JUDGMENT
AND OTHER ACTIONS
BROUGHT IN STATE
COURT PURSUANT TO
FRBP §§ 7001 (7); 542;
7001 (6); 7001 (9);
ET. SEQ.

(1)

## COMPLAINT

Plaintiff Adrian 'daredeemer' Moon by and through his undersigned counsel, chosen one, begotten Son of The Almighty creator, paragon, with integrity and veracity files this complaint pursuant to FRBP §§ 7001 (i); (7),(6)(9) ET. SEQ. for Injunctive Relief, recovery of Stolen Money and property, Dischargeability, Declaratory Judgment and other actions brought in State court and alleges the following in support of the requested Relief:

## JURISDICTION

1. This is an adversary proceeding in which the plaintiffs are seeking injunctive relief, Recovery of Stolen Money and property, Dischargeability, Declaratory Relief and other actions brought in state court

2. This court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and by way of order dated January 8, 2021 by Hon. Judge Vincent Zurzolo. Amen

3. This is a core proceeding pursuant to 28 U.S.C. §157; FRBP 7001(4) ET. SEQ.

— cont —

4. Plaintiff has standing to bring this Action pursuant FRBP § 7001 ET. SEQ. AND JOHN 3:16 N.K.J.V. decrees 16.11.

5. Venue is proper pursuant to 28 U.S.C § 1409(a) and Local Rule 1071-1 OF The United States Bankruptcy Court for the Central District OF CALIFORNIA.

## BACKGROUND FACTS

6. Since Birth OF ADRIAN 'daredeemer' Moon SATAN THE DEVIL and his children of Iniquity have come against 'daredeemer' "to Kill" (Spirit and Soul) "to Steal" (ALL PERSONAL AND REAL ESTATE PROPERTIES) "AND DESTROY" By False Accusations, Imprisonment, Kidnapped for Ransom to natural death do 'We Part.

## COURT ONE
## CRIMINAL CONSPIRACY - FRAUD, MALFEANCE

7. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 6.

8. Defendants Juanita Garbutt-Bradley Rhona Slusher, Ulric E.J. Usher, Glenn A Session, C Edward Simpson, Jill Boddie

John Boddie, Jr, Claudette Lott, Anthony Tam, Rudolph Diaz, Patricia A. Nieto, Scott Knosner, Carolyn Makupson, Timothy Wiener, Cassidy B. Collins, Feasia Davenport, Roye Randall, Mary Ann Murphy, John Marshall jr. Elwood Lii, Brian A. Currey, Louis Miller, Don Slayton, William Little, Leroy Baca, Grannie Murray, Joyce maxine Isaacs, Daniel Yowist, Brian Yowist, Kieth Rouse, Russell Rapoport, Nancy Curry, Richard Diamond, Kathryn Barger, Liebrich, Mark Rigby Thomas, Peter Rosental, Cameron Kissinger, Louise Wilson, Kevin Welch and many others, actively participated, aided and abetted, then criminally conspired to steal all of Victim Moon's personal and Real Estate Properties, Falsely accuse and enslaven (Imprison) Victim Moon for the rest of his natural life at the behest of SATAN THE DEVIL!

(4)

- cont -

9. Defendants Redmond Barnes clerk of the
U.S. Supreme Court and his supervisor Defendant
Jeff Atkins with deliberate heinous
indifference braver failed to file Plaintiff's
writ of Certiorari entitled Adrian Moon
vs SATAN THE DEVIL et al. for the last three
years and counting and the U.S. Supreme
court Police, Chief and his department
have failed to arrest Defendants Redmond
Barnes and Jeff Atkins, nor investigated
the two for victimizing Moon and obstructing
Justice and violating Victim Moon's 1st,
2nd, 5th, 6th, 13th, 14th amendment rights
under the U.S. constitution those insurrectionist

VERIFICATION
I AM ADRIAN MOON having read and
considered the foregoing complaint I hereby
verify that the undisputed facts are
true and correct and I have personal
knowledge that allegations are true.
I certify under true penalty of Sin, Amen
Love You All.

(5)

—cont—

10. WHERE FORE; THE PLAINTIFF, ADRIAN 'daredeemer' Moon respectfully requests in the mighty Name of Yeshua The Messiah that the court will give injunctive relief of recovery of money and properties stolen in Bankruptcy cases 2;99-bk-34781-SB; 2:09-bk-12326-VZ and between the period of Jan 1, 2001 to the present, and dischargeability of Federal tax liens and child support arreages illegally established, and a declaratory Judgment that all Defendants comitted these heinous criminal acts against 'daredeemer' at the behest of SATAN THE DEVIL, Amen Love You... Under FRBP §§ 7001 4) ET. SEQ.
AND FOR ANY AND ALL OTHER AND FURTHER relief the court deems appropriate.

" Respectfully Submitted "

AORIAN MOON ATTY IN Pro Se
Email: adrian daredeemer@gmail.com
955 North Lake Ave
Pasadena CA 91104
CELL (626) 360 9896

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

RECEIVED

JAN 1 4 2021

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

| PLAINTIFFS | DEFENDANTS |
|---|---|
| ADRIAN MOON | JUANITA GURBUTT-BRADLEY et al. Does 1-100 inclusively |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| ADRIAN MOON<br>955 North Lake Ave<br>Pasadena CA 91104 (626)360-9896 | |

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☒ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | ☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

For Criminal Conspiracy, Grand Thief, Kidnaping for Ransom, Attempted Murder, Fraud, False accusation and Imprisonment

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- ☒ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☒ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☒ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
- ☒ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☒ Check if a jury trial is demanded in complaint | Demand $ SEVEN (7) Billion Dollars |
| Other Relief Sought | criminal declaratory relief on the Defendents. |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR  ADRIAN MOON | BANKRUPTCY CASE NO.  2:20-bk-20573-VZ | |
| DISTRICT IN WHICH CASE IS PENDING  CENTRAL | DIVISION OFFICE  1398 | NAME OF JUDGE  Vincent Zurzolo |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF  Richard Diamond | DEFENDANT  ADRIAN MOON | ADVERSARY  2:99-bk-  PROCEEDING NO. 3478|-5B  2:09-bk-12326-VZ |
| DISTRICT IN WHICH ADVERSARY IS PENDING  CENTRAL | DIVISION OFFICE  Downtown | NAME OF JUDGE  SAMUEL BUFFORD |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE  January 14, 2021 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)  Adrian Moon | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

B2500A (Form 2500A) (12/15)

RECEIVED

JAN 1 4 2021

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## United States Bankruptcy Court

CENTRAL District Of CALIFORNIA

In re AORIAN MOON, )   Case No. 2:20-bk-20573-VZ
      **Debtor**                    )
                                    )   Chapter 7
ADRIAN MOON                         )
      **Plaintiff,**                )
                                    )
           v.                       )   Adv. Proc. No. _____
                                    )
JUANITA GARBUTT-BRADLEY )
                                    )
(see attached Additional Defendants)

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:   255 EAST TEMPLE STREET
                        Los Angeles CA 90012

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
        ADRIAN MOON
        955 North Lake Ave
        Pasadena CA 91104

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                        _____ (Clerk of the Bankruptcy Court)

Date: _____   By: _____ (Deputy Clerk)

- cont -      SUMMONS IN AN ADVERSARY PROCEEDING

RHONA SLUSHER; ULRICE J. USHER;
GLENN A. SESSION. C. EDWARD SIMPSON;
JILL BODDIE; JOHN BODDIE, JR.; CLAUDETTE
LOTT; ANTHONY TAM; RUDOLPH DIAZ;
PATRICIA A. NIETO; SCOTT KOSNER;
CAROLYN MAKUPSON; TIMOTHY WIENER;
CASSIDY B COLLINS; FEASIA DAVENPORT;
ROYE RANDALL; MARY ANN MURPHY;
JOHN MARSHALL, JR.; ELWOOD LUI;
BRIAN A CURREY. LOUIS MILLER;
DON SLAYTON. WILLIAM LITTLE; LEROY
BACA. GRANNIE MURRAY; JOYCE MALINE
ISAACS; DANIEL YOURIST. BREAN YOURIST
KEITH ROUSE. RUSSELL RAPOPORT; NANCY
CURRY; RICHARD DIAMOND; KATHRYN BARGER
LIEBRICH; MARK RIGLEY-THOMAS; PETER
ROSENTHAL; CAMERON KISSINGER; LOUISE
WILSON. KEVIN WELCH, REDMOND BARNES, JEFF
ATKINS; ALL BEING SUED AS INDIVIDUALS AND
IN THEIR OFFICIAL CAPACITIES.
                Defendants,

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

       Print Name:    _____

       Business Address:    _____

                           _____